# In the United States Court of Federal Claims

Lindsay Leveen )

Plaintiff ) Case No. _No. 21-1658C

) Senior Judge Lettow

v. )

**THE UNITED STATES,** )

Defendant )

## ANSWER TO MOTION TO DISMISS

### 1. JURISDICTION.

Plaintiff is asserting that the US Court of Federal Claims is the right jurisdiction as it is undisputed that the Defendant's EPA fined Bloom Energy and the EPA has admitted in documents Plaintiff obtained under FOIA that Plaintiff is the tipster on the hazmat. Plaintiff will make these documents available to the court when this case comes up for trial. As Plaintiff is a chemical engineer, an award winning one, but not a lawyer Plaintiff can only turn to the court and assert that the court is the proper jurisdiction as Plaintiff does not have the funds to fight this case in another US jurisdiction with a team of mighty lawyers. It should be noted that the Defendant has assigned four big time lawyers including an Acting Assistant Attorney General of the United States to defend them. All that Plaintiff has in his arsenal are The Laws of Thermodynamics and Common Sense to convince the court that the court is the correct jurisdiction and this case should continue to trial.

### 2. STATEMENT ON WHY RELIEF SHOULD BE GRANTED TO PLAINTIFF

Plaintiff will provide evidence in the form of written records obtained under FOIA where Defendant acknowledges that Plaintiff is the tipster to the Defendant including Defendant's FTC, DOE, EPA, DOT, FERC and SEC on the Bloom Energy hazmat. The Defendant cites cases in their motion to dismiss that have no bearing on the facts of the case. The facts of this case simply are the Defendant fined Bloom Energy for the Hazmat and the Plaintiff was the tipster on the

ed - USCFC
OCT 05 2021

Hazmat. Defendant's motion to dismiss is a smokescreen and a bunch of legal gobbledygook to mislead the court on the simple facts in front of the court.

Plaintiff has evidence that Patrick McCormick who was loaned to Bloom Energy for a period of almost two years by US Senator Murkowski had a meeting in Philadelphia on September 11, 2018 with Cosmo Servidio the head of Region 3 of the EPA. The purpose of the meeting was to squash or minimize the fine for Hazmat. This occurrence of this meeting was discovered by Plaintiff under FOIA. McCormick prior to being loaned to Bloom for the two years was the General Counsel of the US Senate Energy Committee. After working at Bloom as a Vice President of Regulatory Affairs he returned as the Special Counsel to the US Senate Energy Committee. Plaintiff has strong reason to believe that Defendant and its mighty lawyers at the US DOJ are engaged in a coverup and that is why the Defendant is asking the court to dismiss Plaintiff's complaint.

**3. RELIEF**

Based on the FACTS, I am asking the United States Court of Federal Claims to award me $411,000 and compel the EPA to pay me this amount.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this 30th day of September, 2021

Signature of Plaintiff

Lindsay Leveen
80 Lincoln Dr 1A
Sausalito CA 94965

**CERTIFIED MAIL**

7021 0350 0000 0610 9169

U.S. POSTAGE PAID
FCM LETTER
SAUSALITO, CA
94965
SEP 30, 21
AMOUNT
$4.33
R2305K138468-26

RECEIVED
OCT - 5 2021
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Clerk US Court of Federal Claims
717 Madison Place NW Room 103
Washington DC 20439

20439-