# In the United States Court of Federal Claims

| | | |
|---|---|---|
| | ) | |
| Lindsay Leveen | ) | |
| Plaintiff | ) | Case No. _No. 21-1658C |
| | ) | Senior Judge Lettow |
| v. | ) | |
| **THE UNITED STATES,** | ) | |
| Defendant | ) | |
| | ) | |

## ADDITIONAL ANSWER TO MOTION TO DISMISS

**1. JURISDICTION.**

Plaintiff is asserting that the Defendant has delayed justice for a period of nine years. It is a fact that Plaintiff contacted the US FTC on October 11, 2012. See the letter from FTC to Senator Feinstein that is attached. The US is now trying to further delay justice by asserting that the US Court of Federal Claims is the improper jurisdiction. This will further delay justice. The bible and Clause 40 of the Magna Carta written in 1215 are clear in stating that JUSTICE DELAYED IS JUSTICE DENIED. Plaintiff has been denied justice for 9 years and the main reason justice has been denied is that Bloom Energy and their oligarch owners control much of the deep state who have bent over backwards to delay and deny justice. The US FTC has had case # 14008143 open for 9 years and has done nothing. Plaintiff begs the court to proceed with this case as fast as possible and without delay.

RECEIVED - USCFC
OCT 18 2021

United States of America
FEDERAL TRADE COMMISSION
Washington, D.C. 20580

Office of the Secretary

May 21, 2013

The Honorable Dianne Feinstein
United States Senate
One Post Street, Suite 2450
San Francisco, California 94104
Attention: Ms. Kailyn Fitzgerald

Re: FTC Reference No. 14008143

Dear Senator Feinstein:

Thank you for your letter to the Federal Trade Commission on behalf of your constituent, Mr. Lindsay Leveen, of Tiburon, California. Mr. Leveen expresses a number of concerns about possible violations of the Federal Trade Commission Act, 15 U.S.C. § 41, *et seq.* -- by Bloom Energy of California, in connection with their marketing of an electrical generating device -- and asks about the status of an earlier complaint he filed with the Commission.

As you know, Section 5 of the FTC Act prohibits the use of "unfair or deceptive acts or practices in or affecting commerce." The Commission recently amended the Commission *Guides For the Use of Environmental Marketing Claims*, 16 C.F.R. Part 260 (the *Green Guides)*, and as you know, the *Green Guides* are designed to help marketers ensure that they make truthful and non-deceptive claims about their products' environmental attributes. In particular, the *Green Guides* make it clear that "greenwashing" -- that is, making false or unsubstantiated environmental benefit claims -- may constitute an unfair or deceptive act or practice, in violation of the FTC Act.

Our records indicate that Mr. Leveen contacted the FTC's toll free number, 1-877-*FTC*-HELP, on October 11, 2012, to file a complaint regarding Bloom Energy's advertising claims for its electricity generating devices, and specifically expressed the concern that Bloom Energy has been engaged in impermissible "greenwashing." We appreciate receiving the information which Mr. Leveen has provided, and I should note that consumer complaints such as his complaint provide us with valuable information that we frequently use to identify unfair or deceptive practices in the marketplace, and to develop law enforcement initiatives. We record all consumer complaints in our Consumer Sentinel database, and our attorneys and investigators regularly review the database to select law enforcement targets, to evaluate the need for consumer education, and to make policy recommendations. We also share these complaints with other federal, state, and local government agencies, to assist them in their investigations.

SAN FRANCISCO OFFICE

MAY 29 2013

ACTION: ____

In determining whether to take enforcement or other action in any particular situation, the Commission may consider a number of factors, including the type of violation alleged, the nature and amount of consumer injury at issue, the number of consumers affected, and the likelihood of preventing future unlawful conduct. I should note, in this regard, that a number of statutory provisions and the Rules of the Commission prevent me and other members of the Commission staff from discussing what actions, if any, the Commission has taken or may take in response to a particular complaint, or from disclosing the existence or contours of any nonpublic Commission investigation.

We appreciate receiving the information which Mr. Leveen has provided, and hope that the foregoing information will be of assistance. Please let us know whenever we can be of service with respect to any other matter.

Sincerely,

Donald S. Clark

Donald S. Clark
Secretary of the Commission

SAN FRANCISCO OFFICE

MAY 29 2013

ACTION: ____________

I declare under penalty of perjury that the forgoing is true and correct.

Signed this 8th day of October, 2021

Signature of Plaintiff

Lindsay Leveen
80 Lincoln Dr 1A
Sausalito CA 94965

SAN FRANCISCO CA 940
8 OCT 2021 PM 3 L

2021 ENERGY ACTION MONTH

CAPPUCCINO
FOREVER USA

~~RECEIVED
OCT 15 2021
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS~~

RECEIVED
OCT 18 2021
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Clerk US Court of Federal Claims
717 MADISON PLACE NW
WASHINGTON DC 20439

20439-