# In the United States Court of Federal Claims

| | | |
|---|---|---|
| Lindsay Leveen | ) | |
| Plaintiff | ) | Case No. _No. 21-1658C |
| | ) | Senior Judge Lettow |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

## EVIDENCE PLAINTIFF LEVEEN WAS THE TIPSTER TO THE EPA

### 1. EVIDENCE GAINED UNDER FOIA BY PLAINTIFF

Shown below are screen shots from a pdf file that Plaintiff Leveen obtained under FOIA. The FOIA records clearly show that Plaintiff Leveen was the tipster to the EPA on the Bloom Hazmat. Defendant has never disputed that Plaintiff is the tipster. Defendant has never disputed that Defendant fined Bloom Energy $1,360,000 for mishandling the tipped off Hazmat. Plaintiff is complaining to the court for non-payment of whistleblower fees.

Received - USCFC

OCT 19 2021

Phone: 4153365508

Alleged Violator's Name: Diamond State Generation

Alleged Violator's Address: 1593 River Road

Alleged Violator's City: New Castle

Alleged Violator's State: Delaware

Alleged Violator's Zip: 19720

Tip or Complaint: Diamond State Generation has one hundred and thirty five Bloom Fuel Cells that use natural gas fed from Delmarva pipeline system. The gas has approximately 10 ppm of sulfur and the sulfur needs to be removed from the gas prior to entering the fuel cell stack. It is removed by a desulfurization bed canister. There are no permits for this solid waste that is in all likelihood hazardous. There are no manifests for the waste that has been removed. In fact all other customers of Bloom Energy also generate the same solid waste with sulfur and there are no permits for any of the systems Bloom has installed in California, Utah, North Carolina, Delaware, New Jersey, Connecticut and other states. This request relates to Diamond State Generation in New Castle Delaware but I will file similar requests for each and every of the locations where Bloom Fuel Cells have been installed as each and every location has desulfurization bed canisters that have never been permitted and their removal has never been under a manifest. I have an email from Bloom Energy that admits to removal of sulfur from pipeline natural gas and that the result is a solid waste with sulfur. Bloom's US patent discusses Cobalt and Zinc as methods to remove sulfur and these would result in hazardous materials if reacted with hydrogen sulfide that Bloom also reveals in their patent. Hydrogen sulfide is toxic and hazardous. Delaware Attorney General Denn nad his DOJ have refused to investigate the unpermitted solid waste with sulfur in the protected coastal zone where these Bloom fuel cells are located. The Delaware DOJ is protecting the governor, other politicians, and high ranking civil servants who are endangering the health and well being of the citizens of that state.

Violation Still Occurring? Yes

State DEP/DEQ/DEM Notified? Yes

I declare under penalty of perjury that the forgoing is true and correct.

Signed this 13th day of October, 2021

Signature of Plaintiff

<<<<<<<<<<<<<<>>>>>>>>>>>>>
Rick Rogers, Associate Director
Office of State Programs (3LC50)
Land and Chemicals Division
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA 19103
Tele. 215.814.5711
Fax: 215.814.3163
rogers.rick@epa.gov

-----Original Message-----

4/8/2015 12:11 PM

HQ LEAD NUMBER: FY15-128110-3708-CV

SUBJECT: Referred to Region - Delaware



-----Original Message-----

4/8/2015 12:11 PM

HQ LEAD NUMBER: FY15-128110-3708-CV

SUBJECT: Referred to Region - Delaware



FROM: lleveen@gmail.com

TO:

Name: Lindsay Leveen

Address: 202 Trestle Glen Ter

City: Tiburon

State: California

Zip: 94920

Phone: 4153365508

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| Lindsay Leveen<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 21-1658C<br><br>Judge Senior Judge Lettow |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, a copy of Evidence The Plaintiff Was The Tipster To The EPA, was mailed via US MAIL, to John McAdams US DOJ, at PO Box 480 Ben Franklin Station Washington DC 20044.

(Signature of Applicant)

Lindsay Leveen
(Printed Name)

80 Lincoln Dr. 1A
(Street Address)

Sausalito, CA 94965
(City, State, ZIP Code)

415 336 5508
(Phone Number)

Lindsay Lween
80 Lincoln Dr 1A
Sausalito CA 94965

SAN FRANCISCO CA 940
13 OCT 2021 PM 5 L

2021 ENERGY ACTION MONTH







RECEIVED
OCT 1[illegible] 2021
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Clerk of the US Court of Federal Claims
717 Madison Place NW
Washington DC 20439

20439-