# In the United States Court of Federal Claims

| | | |
|---|---|---|
| | ) | |
| Lindsay Leveen | ) | |
| Plaintiff | ) | Case No. 21-1658C |
| | ) | Judge Senior Judge Lettow |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S REPLY TO DEFENDANT'S REPLY FOR MOTION TO DISMISS

**1. DEFENDANT DOES NOT CONTEST EPA FINED BLOOM ENERGY.**

The Defendant agrees that EPA fined Bloom Energy for mishandling Hazmat

**2. DEFENDANT DOES NOT CONTEST PLAINTIFF IS THE TIPSTER.**

The Defendant agrees that Plaintiff tipped off the EPA to the mishandling of Hazmat mishandling by Bloom Energy.

**3. DEFENDANT DOES NOT CONTEST THAT PLAINTIFF WAS NOT PAID FOR THE TIP.**

The Defendant agrees that Plaintiff has never been paid for being the tipster on the Hazmat that defendant fines Bloom for.

**4. DEFENDANT DOES NOT CONTEST THAT PATRICK MCCORMICK WAS LOANED TO BLOOM ENERGY TO LESSEN THE FINE.**

The Defendant agrees that Patrick McCormick the former General Counsel of the US Senate Energy Committee and now the Special Counsel of the US Senate Energy Committee was loaned

Received - USCFC

OCT 26 2021

by Senator Murkowski to Bloom Energy for a period of two years to get Bloom out of the corner it was painted into by Plaintiff being the tipster to the EPA on the Bloom Hazmat.

## 5. SIMPLE LOGIC RATHER THAN SOURCE OF LAW SHOULD BE THE BASIS FOR THE COMPLAINT.

This is a simple case based on simple logic. The court is asked to use simple logic that courts going back to biblical times, colonial times and modern times have used to rule when small people take on the mighty such as The United States as Defendant. The Logic Diagram below elegantly shows the simple logic behind Plaintiff's complaint. This is like a mathematical theorem and if proved correct the court must say QED (Quod Erot Demonstrandum). The Defendant wants laws and torts and other legal precedents to be cited by the Plaintiff. Plaintiff is a Chemical Engineer who loves planet earth and is devoted to his country. Plaintiff was a good citizen who tipped off the EPA to Hazmat and GREENWASHING by Bloom Energy which is the Theranos of Thermodynamics. Plaintiff has shown that Bloom hired McCormick the General Counsel of the US Senate Energy Committee to work over the Wheeler EPA. Before hiring McCormick, Bloom hired Michele Corash the former General Counsel of the EPA to work over the McCarthy EPA on the Hazmat. The EPA bent over backwards to be soft on Bloom because Bloom had Colin Powell, Al Gore, John Doerr, Senator Kelly Ayotte, Michael Boskin, Mary K Bush, Steve Case and many other movers and shakers involved. Plaintiff only has logic and the mantra of follow the science not a team of four lawyers paid by taxpayers to argue in front of the court. Plaintiff begs to be heard in Court. Plaintiff begs the court for relief he is owed.



6. **RELIEF**

I am asking the United Sates Court of Federal Claims to award me $411,000 in Whistleblower fees and another $411,000 in Punitive Damages and compel the EPA to pay me the total amount of $822,000.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this 20th day of October, 2021

Signature of Plaintiff

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| Lindsay Leveen<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 21-1658C<br><br>Judge Senior Judge Lettow |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, a copy of PLAINTIFF'S REPLY TO DEFENDANT'S REPLY FOR MOTION TO DISMISS, was mailed via US MAIL, to John McAdams US DOJ, at PO Box 480 Ben Franklin Station Washington DC 20044.

(Signature of Applicant)

Lindsay Leveen
(Printed Name)

80 Lincoln Dr. 1A
(Street Address)

Sausalito, CA 94965
(City, State, ZIP Code)

415 336 5508
(Phone Number)

Lindsay Leveen
80 Lincoln Dr 1A
Sausalito CA 94965

SAN FRANCISCO CA
20 OCT 2021 PM 5







RECEIVED
OCT 26 2021
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

CLERK US COURT OF FEDERAL CLAIMS
717 MADISON PLACE NW
WASHINGTON DC 20439

20439-