# In the United States Court of Federal Claims

| | | |
|---|---|---|
| | ) | |
| Lindsay Leveen | ) | |
| Plaintiff | ) | Case No. 21-1658C |
| | ) | Judge Senior Judge Lettow |
| v. | ) | |
| **THE UNITED STATES,** | ) | |
| Defendant | ) | |
| | ) | |

## AMMENDED COMPLAINT

### 1. ADDITION OF PUNITIVE DAMAGES.

I Lindsay Leveen of Sausalito California was the tipster to the EPA regarding hazardous solid waste (HAZMAT) that Bloom Energy mishandled. I filed a complaint with the court dated July 27, 2021 for Direct Damages of $411,000 for the whistleblower fees. I am now adding to my July 27, 2021 Complaint an additional complaint of $411,000 for Punitive Damages. Federal law allows for Punitive Damages if the Defendant conduct was malicious, oppressive or in reckless disregard of Plaintiff's rights. Manual of Model Civil Jury Instructions for the District Courts of the Ninth Circuit § 5.5 (2017)

Plaintiff has waited nine years since first informing the United States of Bloom Energy's greenwashing and eco-fraud. Defendant refused to meet with Plaintiff prior to Defendant setting the level of fine on Bloom Energy. The level of fine was ridiculously low. Bloom Energy's board member Collin Powell met with Speaker of the House Paul Ryan to get special treatment from the United States. This was reported by the Wall Street Journal on October 19, 2016. https://www.wsj.com/articles/ipo-hopeful-bloom-energy-enlisted-colin-powell-for-tax-credit-extension-1476906978

Plaintiff was refused meetings with his Congressman Jared Huffman even though Plaintiff repeatedly requested meetings. Plaintiff was refused meetings with the EPA. Bloom Energy was given special treatment while Plaintiff was ignored by The United States. In fact US Senator Lisa Murkowski loan Patrick McCormick the General Counsel Of The US Senate Energy Committee to Bloom Energy for a period of two years to mitigate the fine EPA imposed on Bloom Energy.

Received - USCFC

OCT 26 2021

To add insult to injury Defendant kept the fine it imposed on Bloom Energy as a secret. Plaintiff discovered the fine had been levied against Bloom Energy by reading the 10Qs that Bloom Files with the SEC. Under FOIA Defendant provided Plaintiff with the data on the fine. Defendant has never informed Plaintiff as to the discovery made by the EPA as to the actual chemical composition of the Bloom Energy Hazmat. Under FOIA Defendant refuse to disclose this data by claiming that Bloom Energy views this as a trade secret. This is a smokescreen to deprive US citizens of knowledge of what is going on .

Defendant must be deterred from having two sets of rules where equal justice is not applied because of the status, power and prestige of individuals or companies that flout the law. There was a special set of rules the United States applied to Bloom Energy at the expense of common citizens of the United States. Plaintiff as a citizen of the United States must be awarded Punitive Damages on top of the whistleblower fees Plaintiff is owed. Punitive damages will make Defendant behave under the rule of law with equal justice for all.

2. **RELIEF**

I am asking the United Sates Court of Federal Claims to award me $411,000 in Whistleblower fees and another $411,000 in Punitive Damages and compel the EPA to pay me the total amount of $822,000.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this 18th day of October, 2021

Signature of Plaintiff

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| Lindsay Leveen<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 21-1658C<br><br>Judge Senior Judge Lettow |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, a copy of AMMENDED COMPLAINT, was mailed via US MAIL, to John McAdams US DOJ, at PO Box 480 Ben Franklin Station Washington DC 20044.

(Signature of Applicant)

Lindsay Leveen
(Printed Name)

80 Lincoln Dr. 1A
(Street Address)

Sausalito, CA 94965
(City, State, ZIP Code)

415 336 5508
(Phone Number)

Lindsay Leveen
80 Lincoln Dr 1A
Sausalito CA 94965

SAN FRANCISCO CA 940
2021 ENERGY




RECEIVED
OCT 26 2021
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Clerk US Court of Federal Claims
717 Madison Place NW
Washington DC 20439

20439-