# In the United States Court of Federal Claims

**No. 21-1658C**
**(Filed: October 29, 2021)**

**LINDSAY LEVEEN**

**Plaintiff**

**v** **JUDGMENT**

**THE UNITED STATES**

**Defendant**

Pursuant to the court's Opinion And Order, filed October 29, 2021, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction. No costs.

Lisa L. Reyes
Clerk of Court

By: Anthony Curry

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.